| | |
|---|---|
| **FREDY VAZQUEZ,** **SVETLANA ECKHOFF** and **JONATAN VAZQUEZ** on behalf of themselves and all other employees similarly situated, known and unknown, | |
| Plaintiffs, | No. 11 CV 415 |
| v. | Judge Feinerman |
| **ICOSIUM KAFE, LTD.**, a dissolved Illinois corporation, **BELKACEM ELMETENNANI**, individually, and **NERINGA PUKELIS**, individually, | Magistrate Judge Cole |
| Defendants. | |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

By and through their attorneys, the plaintiffs state as follows.

1.      The parties participated in a settlement conference conducted by Magistrate Judge Cole and were able to reach an agreement.

2.      The parties' settlement agreement has now been reduced to a confidential, written settlement agreement, which has been fully executed by the parties as of August 27, 2012.

3.      Among other things, the terms of the parties' confidential settlement agreement call for the entry of a consent judgment, a copy of which is attached as **Exhibit A** (an additional copy has been submitted to this Court's proposed order inbox).

4.     Upon entry of the consent judgment, the captioned case may be dismissed with prejudice and without costs.

WHEREFORE, the plaintiffs pray that this Court will enter the consent judgment attached as **Exhibit A**, and then dismiss the captioned case with prejudce and without costs.

Respectfully submitted,

/s/Paul Luka
One of the Plaintiffs' Attorneys

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825

# EXHIBIT
# A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FREDY VAZQUEZ,** | ) | |
| **SVETLANA ECKHOFF** and | ) | |
| **JONATAN VAZQUEZ** on behalf of themselves | ) | |
| and all other employees similarly situated, | ) | |
| known and unknown, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 11 CV 415 |
| | ) | |
| v. | ) | Judge Feinerman |
| | ) | |
| **ICOSIUM KAFE, LTD.,** a dissolved Illinois | ) | Magistrate Judge Cole |
| corporation, and **BELKACEM ELMENTENNAI,** | ) | |
| individually | ) | |
| Defendants. | ) | |

## <u>CONSENT JUDGMENT and DISMISSAL</u>

This case coming before the Court for entry of the Consent Judgment entered into by and

between Plaintiffs, Fredy Vazquez, Svetlana Eckhoff and Jonatan Vazquez (collectively,

"Plaintiffs"), and Defendants Icosium Kafe, Ltd., and Belkacem Elmentennai (collectively,

"Defendants"), with respect to the Complaint filed by Plaintiffs, it is hereby ordered as follows:

1.      The entry of Consent Judgment entered into by the Plaintiffs and

Defendants is hereby granted.

2.      Judgment is entered in favor of the plaintiff, Fredy Vazquez, and against

the defendants, Ikosium Kafe, Ltd., and Belkacem Elmentennai, and each of them, in the

amount of $13,039.40.  Pursuant to the parties' agreement, the defendants may withhold

applicable income and employment taxes from this amount.

3.      Judgment is entered in favor of the plaintiff, Jonatan Vazquez, and against

the defendants, Ikosium Kafe, Ltd., and Belkacem Elmentennai, and each of them, in the

amount of $5,387.80. Pursuant to the parties' agreement, the defendants may withhold applicable income and employment taxes from this amount.

4.      Judgment is entered in favor of the plaintiff, Svetlana Eckhoff, and against the defendants, Ikosium Kafe, Ltd., and Belkacem Elmentennai, and each of them, in the amount of $301.40. Pursuant to the parties' agreement, the defendants may withhold applicable income and employment taxes from this amount.

5.      Judgment is entered in favor of the plaintiff's attorneys, Amatore & Associates, P.C., and against the defendants, Ikosium Kafe, Ltd., and Belkacem Elmentennai, and each of them, in the amount of $3,271.40, as and for disputed attorneys' fees and costs. The defendants shall not withhold income and employment taxes from this amount, but may issue an IRS Form 1099 to Amatore and Associates, P.C.

6.      Pursuant to the parties' agreement, this Consent Judgment may not be enforced for a period of two years from entry hereof.

7.      All claims against defendant Neringa Pukelis are hereby dismissed with prejudice with each party to bear his or her own costs and attorneys fees.


DATED:       _____, 2012          ENTER,


                                        _____
                                        Hon. Gary Feinerman
                                        United States District Judge

Nancy A. Temple
Joshua Diller
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800

ntemple@kattentemple.com
jdiller@kattentemple.com